## Commonwealth *v.* Bobko, Appellant.

Submitted September 13, 1971. *Malcolm J. Gross*, Assistant Public Defender, for appellant; *Howard R. Miller*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.